# In the United States Court of Federal Claims
No. 20-266 C
Filed: March 2, 2021

**JESSICA PATE**

      v.               **JUDGMENT**

**THE UNITED STATES**

      Pursuant to the court's Memorandum Opinion and Order, filed March 2, 2021, denying plaintiff's motion for partial summary judgment and granting defendant's cross-motion for summary judgment and partial motion to dismiss,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant, and Count II of plaintiff's complaint is dismissed for lack of subject-matter jurisdiction.

                          Lisa L. Reyes
                          Clerk of Court

            By:   *Debra L. Samler*

                          Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.